## **VERIFICATION**

I, ___George Keritsis_____ declare that I have reviewed the Consolidated Complaint ("Complaint") prepared on behalf of Archer-Daniels Midland Company and I authorize its filing. I have reviewed the allegations made in the Consolidated Complaint, and to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and for that reason believe them to be true. I further declare that I am a current holder and have been a continuous holder of Archer-Daniels Midland Company common stock during the relevant time period in which the wrongful conduct alleged and complained of in the Consolidated Complaint was occurring.

___9/13/2024_____, 2024           _George Keritsis_____
Date                                                              (Signature of Investor)