# VERIFICATION

I, Joseph Galea, do hereby verify that I am a holder of stock of Archer-Daniels-Midland Company and was a holder of such stock at the time of the wrongs complained of in the foregoing Verified Consolidated Shareholder Derivative Complaint (the "Complaint"). I have reviewed and authorized the filing of the Complaint. All of the averments in the Complaint regarding me are true and correct upon my personal knowledge and, with respect to the remainder of the averments, are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 13, 2024

_____
Joseph Galea