Docusign Envelope ID: 859A093A-1BC9-4787-B267-D00E8682AC07

## **VERIFICATION**

I, Atchara Tadthapong, as Director of Plaintiff Jaranin Charoen Company Limited, hereby state that Jaranin Charoen Company Limited is the Plaintiff in the foregoing action; that I am familiar with and have personal knowledge of the facts referred to in the foregoing Verified Consolidated Shareholder Derivative Complaint and that to the best of my knowledge, information, and belief they are true and complete.

I understand that the statements in this Verification are made subject to the penalties of perjury, 28 U.S.C. § 1746, executed under the penalty relating to unsworn declarations.

Dated: 9/10/2024

_Signé par :_
*Atchara Tadthapong*
D292D419D5204F7...

Atchara Tadthapong, Director
Jaranin Charoen Company Limited